# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

141143

EDW. C. LEVY CO., LEVY INDIANA SLAG,
CO. d/b/a ST. CLAIR AGGREGATES,
      Plaintiff-Appellant,

v

MARINE CITY BOARD OF ZONING
APPEALS,
      Defendant-Appellee,

and

ST. CLAIR COUNTY ROAD COMMISSION
and DETROIT BULK STORAGE,
      Intervening-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141143
COA: 286023
St. Clair CC: 08-001098-AA

_____/

      On order of the Court, the application for leave to appeal the May 3, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

s0920

Clerk